IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.68.148.245

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/09/2017 16:08:40 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 09/09/2017 04:17:50 | 9B5E2FBA9A299578B14F6E857174FB52DB4D11DF | Hippie Chicks |
| 08/25/2017 04:48:39 | 1C08743E4CEAF9D630A26F995DAFA9EEB28B7F98 | Pure Gold |
| 08/24/2017 22:55:22 | E87C0BED2480FBB4A0B1EC0760EA38CD22661026 | Welcome To The Jungle |
| 06/29/2017 10:44:52 | B554D998595727556ED715A737A07F02B8F1EF47 | Sweeter Than Wine |
| 01/29/2017 23:27:09 | 4AEBBF09D664A14A7D002E17C15CFE5DD62E430D | A Rose A Kiss and A Bang |
| 01/02/2017 03:00:08 | 4CAB87B0A856775B7EA5AFB8A3265966722DBFE1 | Introducing Milla |
| 01/01/2017 01:10:48 | 23DB819756F73FDF8458C95719F3F9C5918325DC | The Call Girl |
| 12/21/2016 07:20:37 | 4FCE89FAF81FCBC9F426EC804739AB1CF71F735C | LA Dreams in My Bath |
| 11/25/2016 04:45:57 | C9DBDACD6DCE3FE30F059E899B383D37BF3BCB37 | Beauty In Blue |
| 11/23/2016 03:26:50 | DD9F9C80A8EABC33F4627AB6934479C53A854245 | Cum For A Ride |
| 10/03/2016 13:29:30 | EF8F0AFF0F5DFBE62D66050A478B89A929C8604C | Return of the Pussy Cat Burglar |
| 09/19/2016 01:17:42 | 71345EF261E5A9D5434383206A77C5C90F47EAE1 | Caprice Swaps Cocks |
| 09/18/2016 20:23:17 | 17473D1E5F5DC59B79E16B64782949553B82FC1F | Sex In The Summertime |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

SNY388