**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:17-cv-09441-AKH
                                        Plaintiff,               :
                                                                 :   Judge Hellerstein
                      vs.                                        :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
74.68.148.245,                                                   :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR EXTENSION [CM/ECF 17]**

Pursuant to Local Rule 6.3, and upon the attached Memorandum of Law in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for reconsideration of this Honorable Court's March 5, 2018, Order Denying Letter Motion for Extension of Time [CM/ECF 17].  A proposed order is attached for the Court's convenience.

                                        Respectfully submitted,

                        By:     /s/ *Kevin T. Conway*
                                Kevin T. Conway, Esq. (KC-3347)
                                664 Chestnut Ridge Road
                                Spring Valley, New York 10977-6201
                                T: 845-352-0206
                                F: 845-352-0481
                                E-mail: ktcmalibu@gmail.com
                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ Kevin T. Conway

1