UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/18

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
74.68.148.245,

                Defendant.

-----------------------------------------------------------X

Case No. 1:17-cv-09441-AKH

Judge Hellerstein

## ~~PROPOSED~~ ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR EXTENSION [CM/ECF 17]

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration of Order Denying Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have ~~thirty (30)~~ ten (10) days from the date of entry of this Order, to ~~move for leave to~~ file an Amended Complaint to specifically name Defendant, and to effectuate service of a summons and Amended Complaint thereafter~~,~~ within twenty (20) days thereafter.

SO ORDERED this 15 day of March, 2018.

By: _____
UNITED STATES DISTRICT JUDGE

1